CLARENCE T. MARSALA *v.* VALVE CORPORATION OF AMERICA

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Lawrence J. Merly,* for the appellee (plaintiff).

*John A. Sabanosh,* for the appellant (defendant).

Argued November 6—decided November 6, 1968

STATE OF CONNECTICUT *v.* LOUIS REED

The motion by the defendant protesting the brief filed for him in the appeal from the Superior Court in Fairfield County and any further action on that appeal is denied.

In view of the fact that the defendant is represented by competent counsel, the motion by the defendant for additional counsel in the appeal from the Superior Court in Fairfield County is denied.

*Louis Reed,* pro se, in support of the motions.

Submitted November 1—decided November 7, 1968